*EXHIBIT A*

Case 2:21-cv-00673-JZB   Document 1-3   Filed 04/19/21   Page 2 of 8

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
C. Cuellar, Deputy
2/4/2021 2:55:31 PM
Filing ID 12509897

Mark A. Raczkowski (023413)
Adrienne R. Jones (033184)
**JONES | RACZKOWSKI | THOMAS PC**
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016-4723
(602) 840-8787 Fax (602) 840-0425
mark@azpremiseslaw.com
ajones@azpremiseslaw.com

Attorneys for Plaintiff

### SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY

| | |
|---|---|
| Jeffrey G. Stellings, a married man, individually;<br><br>    Plaintiff;<br>v.<br><br>Circle K Stores, Inc., a Texas corporation; Does I-V;<br><br>    Defendants. | NO. CV2021-002009<br><br>**COMPLAINT**<br><br>(Tort-Personal Injury; Non-Motor Vehicle) |

Plaintiff Jeffrey G. Stellings alleges:

1. Plaintiff Jeffrey G. Stellings is a resident of Maricopa County, Arizona.

2. Defendant Circle K Stores, Inc. is a Texas corporation that caused an event to occur in Maricopa County, Arizona and is doing business in Maricopa County, Arizona.

3. Specifically, Defendant Circle K Stores, Inc. owned and possessed the convenience store premises commonly known as Circle K located at 2402 East McDowell Road in Phoenix, Arizona on June 13, 2019.

4. Does I-V are corporations, partnerships, other entities or individuals other than Defendant Circle K Stores, Inc. that owned, possessed,

1  operated and/or managed the convenience store premises commonly known as Circle K located at 2402 East McDowell Road in Phoenix, Arizona on June 13, 2019.

5. The actions, omissions and conduct giving rise to this cause of action occurred in Maricopa County, Arizona, and this Court has subject matter and personal jurisdiction. Venue is appropriate in Maricopa County pursuant to A.R.S. §12-401.

6. Defendant Circle K Stores, Inc. and/or Does I-V, as the possessor(s) of the convenience store premises located at 2402 East McDowell Road in Phoenix, Arizona, on June 13, 2019, had an affirmative duty to maintain the premises, including the common areas, in reasonably safe condition for business invitees.

7. On June 13, 2019, at the convenience store premises located at 2402 East McDowell Road in Phoenix, Arizona, Plaintiff was injured as a direct and proximate result of an unreasonably dangerous condition, specifically a gas pump hose that was not properly affixed to the pump because it was defective and/or improperly installed, as to which Defendant created, had actual or constructive notice, or was otherwise negligent in allowing to be present on the premises.

8. On June 13, 2019, at the convenience store premises located at 2402 East McDowell Road in Phoenix, Arizona, as Plaintiff pulled a gas pump hose, the hose released from the pump, causing Plaintiff to lose his balance, fall to the ground, and sustain injuries to his left hip eventually requiring surgical repair.

9. Plaintiff has incurred health care expenses for treatment of the injuries caused by Defendants' negligence, and Plaintiff may continue to incur such expenses.

10. Plaintiff has incurred a loss of wages, earnings and earning capacity, and other benefits and/or opportunities because of the injuries caused by Defendants' negligence.

11. Plaintiff has experienced pain, discomfort, suffering, annoyance, mental and emotional distress, loss of enjoyment of life, and other types of general damage because of the injuries caused by Defendants' negligence, and Plaintiff may continue to experience such general damages in the future; the exact amount of Plaintiff's general damages is undetermined, but in excess of the jurisdictional minimum of this Court.

12. Plaintiff further alleges her total claimed damages qualify this matter as a Tier 2 case pursuant to Rule 8(b)(2) and Rule 26.2(f) of the Arizona Rules of Civil Procedure.

WHEREFORE, Plaintiff requests judgment against Defendants for reasonable compensatory damages in excess of this Court's jurisdictional minimum, taxable costs, and all other appropriate relief.

DATED this __4th__ day of February, 2021.

JONES│RACZKOWSKI│THOMAS PC

/s/ **Mark A. Raczkowski**

By Mark A. Raczkowski
Attorneys for Plaintiff

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
C. Cuellar, Deputy
2/4/2021 2:55:31 PM
Filing ID 12509899

Person/Attorney Filing: Mark A Raczkowski
Mailing Address: 2141 E Camelback Rd Ste 100
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602)840-8787X111
E-Mail Address: mark@azpremiseslaw.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 023413, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Jeffrey G. Stellings<br>Plaintiff(s),<br>v.<br>Circle K Stores, Inc., et al.<br>Defendant(s). | Case No. **CV2021-002009**<br><br>**CERTIFICATE OF COMPULSORY ARBITRATION** |

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Mark A Raczkowski /s/
      Plaintiff/Attorney for Plaintiff



# Notice of Service of Process

**TMM / PERINJ**
**Transmittal Number: 22962963**
**Date Processed: 03/26/2021**

| | |
|---|---|
| **Primary Contact:** | Beth Pierce<br>Circle K<br>1100 Situs Ct<br>Ste 100<br>Raleigh, NC 27606-4295 |
| **Electronic copy provided to:** | Angela Hudson<br>Elaine Vaincourt<br>Vanessa Alaniz<br>Angela Hudson<br>Deborah Hutchins<br>Shelly Schilling<br>Michelle Yohe |
| **Entity:** | Circle K Stores Inc.<br>Entity ID Number  2105805 |
| **Entity Served:** | Circle K Stores, Inc |
| **Title of Action:** | Jeffrey G. Stellings vs. Circle K Stores, Inc |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Maricopa County Superior Court, AZ |
| **Case/Reference No:** | CV2021-002009 |
| **Jurisdiction Served:** | Arizona |
| **Date Served on CSC:** | 03/24/2021 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Mark A. Raczkowski<br>602-840-8787 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
2/4/2021 2:55:31 PM
Filing ID 12509900

Person/Attorney Filing: Mark A Raczkowski
Mailing Address: 2141 E Camelback Rd Ste 100
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602)840-8787X111
E-Mail Address: mark@azpremiseslaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 023413, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Jeffrey G. Stellings
Plaintiff(s),
v.
Circle K Stores, Inc., et al.
Defendant(s).

Case No. CV2021-002009

**SUMMONS**

To: Circle K Stores, Inc.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

   Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

   GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *February 04, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.